**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
HOUSTON DIVISION

**JUSTIN PAUL STARK,**
Plaintiff,

v.

**UNITED STATES PATENT AND TRADEMARK OFFICE; and DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE, in official capacity,**
Defendants.

**Civil Action No. 4:26-cv-09280**

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Justin Paul Stark, pursuant to the Court's October 22, 2026 Order for Conference and Disclosure of Interested Parties (ECF No. 4), certifies that he is the only person or entity financially interested in the outcome of this litigation. Plaintiff is the first-named inventor, sole applicant, and sole assignee of U.S. Patent Application No. 18/800,208.

Plaintiff is aware of no other financially interested person or entity. No publicly traded corporation has a financial interest in the outcome of this litigation.

Respectfully submitted,

/s/ Justin Paul Stark
**JUSTIN PAUL STARK**
Plaintiff, pro se
Attorney-in-Charge
Texas Bar No. 24113644
S.D. Tex. Bar No. 3421193
12306 Doe Meadow Dr
Stafford, TX 77477-2294
Telephone: (215) 550-1717
Email: JustinPaulStark@gmail.com
Dated: October 23, 2026

**CERTIFICATE REGARDING SERVICE**

Defendants have not yet appeared or been served. Plaintiff will serve this Certificate with the summonses, Complaint, Exhibit A, the Court's October 22, 2026 Order, and the required Court procedures.

/s/ Justin Paul Stark
Justin Paul Stark